W. IRVING HERSKOVITS FUR CO., INC., Respondent, *v.* MICHAEL HOLLANDER, Appellant.

(Submitted October 20, 1931; decided November 17, 1931.)

*George P. Halperin, Elias L. Rockmore* and *Eugene K. Tonkonogy* for appellant.

*David H. Slade, Maxwell Slade* and *C. Saul Port* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.